MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA B. KANE (CSBN 150630)
Chief, Criminal Division

ROBIN L. HARRIS (CSBN 123364)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7016
   Facsimile: (415) 436-7234

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0349 JSW |
|    Plaintiff, ) | **STIPULATION AND ORDER** [Proposed] |
| v. ) | |
| SERGIO GUTIERREZ, ) | |
|    Defendant. ) | |

**STIPULATION**

It is hereby stipulated by and between Plaintiff, the United States of America, and Defendant, Sergio Gutierrez, that the bail review hearing on February 9, 2012 be moved from 2:00 p.m. to 10:00 a.m. This stipulation is based upon counsel for the United States' unavailability during the afternoon of February 9, 2012. The pre-trial services officer has been informed of this stipulation and proposed order and has no objection to the proposed change in time for the bail review hearing.

DATED: February 6, 2012

   /s/                                                                      /s/
MICHAEL HINCKLEY                              ROBIN L. HARRIS
Attorney for Defendant                            Assistant United States Attorney

STIPULATION AND ORDER [Proposed]
[CR 10-0349 JSW]

1
**ORDER** [Proposed]

2   The parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED

3 that the bail review hearing in the above-captioned matter will take place at 10:00 a.m. instead of

4 2:00 p.m. on February 9, ~~2011.~~ 2012 Counsel for the United States shall advise the pre-trial services

5 officer of the time change reflected in this order.

6 IT IS SO ORDERED.

7  February 6, 2012

8
_____
Honorable Jeffrey S. White
9 United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER [Proposed]
[CR 10-0349 JSW]                     -2-